UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DENISE L. MARTELL,

    Plaintiff,

v.                                      CASE NO. 3:07-cv-83-J-25MCR

MICHAEL J. ASTRUE, Commissioner of
the Social Security Administration,

    Defendant.

## ORDER

**THIS CAUSE** is before the Court on the Magistrate Judge's Report and Recommendation (Dkt. 21), recommending that the Commissioner's decision be affirmed. Plaintiff was furnished a copy of the Report and Recommendation and had an opportunity to file objections. Plaintiff timely filed objections, and Defendant has filed a response to Plaintiff's objections. Having considered the Report and Recommendation and all objections thereto, the Court finds that the Report and Recommendation should be adopted and the Commissioner's decision should be affirmed.

Accordingly, it is **ORDERED**:

1. Plaintiff's Objections to Magistrate Judge's Report and Recommendation (Dkt. 22) are **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Dkt. 21) is adopted and incorporated by reference in this Order.

3. The Commissioner's decision is **AFFIRMED**.

4. The Clerk is directed to enter judgment for the Defendant and to **close** this file.

**DONE AND ORDERED** in Chambers this 25 day of March, 2008.

                        HENRY LEE ADAMS, JR.
                        UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record